UNITED STATES BANKRUPTCY
DISTRICT OF NEW MEXICO

In Re:

DAVID ROBERT GORDON and                               Case No. 09-13228-S
MICHELLE MATRICARDI GORDON,

      Debtors.

## ORDER REGARDING MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF PROPERTY LOCATED AT 10042 SAN SAVINO COURT, LAS CRUCES, NEW MEXICO PURSUANT TO 11 U.S.C. §554

This matter came before the Court on the Debtors' Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 filed March 10, 2010 (the "Motion") in which Debtors, David Robert Gordon and Michelle Matricardi Gordon ("Debtors") sought to compel the abandonment of their personal residence listed in their bankruptcy Schedule A and located at 10042 San Savino Court, Las Cruces, New Mexico. Having considered the Motion and the record, and the requirements set forth in the Bankruptcy Code and Bankruptcy Rules, and being sufficiently advised;

The Court FINDS: (a) that on March 10, 2010, Debtors filed the Motion; (b) on March 10, 2010, notice of the objection period along with the Motion was served ("Notice") on all creditors and other parties in interest as shown on the mailing list provided to the Court by the Debtors, specifying that objections were to be filed no later than fourteen days (plus three days mailing) from the date of the Notice; (c) the Notice was appropriate in the particular circumstances; (d) the objection deadline of March 29, 2010 has expired and no objections to the Motion were filed; (e) the Motion is well taken and will be granted.

1

THE COURT THEREFORE ORDERS, pursuant to 11 U.S.C. §554(b), that the Movant, shall forthwith submit an Order Abandoning the Debtors' primary residence described in Schedule A of their bankruptcy schedules and statements and located at 10042 San Savino Court, Las Cruces New Mexico based on the terms and conditions of such abandonment as set forth in the Motion, after obtaining the Trustee's approval as to form.

IT IS ALSO ORDERED that the hearing set for April 5, 2010 at 9:00 a.m. is hereby vacated.

_____
James S. Starzynski
Bankruptcy Judge

Entered on Docket Date: March 31, 2010
THIS ORDER CONTAINS MODIFICATIONS TO THE ORIGINAL ORDER SUBMITTED BY E-MAIL.

Respectfully Submitted,
*S/electronically Submitted 3.30.10*
R. "Trey" Arvizu, III
Attorney for Debtors
P.O. Box 1479
Las Cruces, NM 88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Copy to:

Philip Montoya
Chapter 7 Trustee
P.O. Box 159
Albuquerque, NM 87103