UNITED STATES BANKRUPTCY
DISTRICT OF NEW MEXICO

In Re:

DAVID ROBERT GORDON and  Case No. 09-13228-S
MICHELLE MATRICARDI GORDON,

    Debtors.

## ORDER ABANDONING REAL PROPERTY LOCATED AT 10042 SAN SAVINO COURT, LAS CRUCES, NEW MEXICO PURSUANT TO 11 U.S.C. §554

This matter came before the Court on the Debtors' Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 filed March 10, 2010 (the "Motion") in which Debtors, David Robert Gordon and Michelle Matricardi Gordon ("Debtors") sought to compel the abandonment of their personal residence listed in their Schedule A and located at 10042 San Savino Court, Las Cruces, New Mexico. An Order Granting the Debtors' Motion was submitted and entered by the Court on March 31, 2010. The Court being fully advised hereby:

ORDERS ADJUDGES AND DECREES that the Debtors' real property described as their primary residence listed in Schedule A of their Bankruptcy Schedules and Statements filed in this bankruptcy and located at 10042 San Savino Court, Las Cruces, New Mexico is hereby deemed abandoned and removed from the Debtors' bankruptcy estate.

FURTHER ORDERS that any non-exempt proceeds (in excess of $20,150.00) from the sale of said Property (after payment of all reasonable and necessary closing

1

costs and expenses associated with the sale) shall be delivered to the Chapter 7 Trustee for the benefit of the Debtors' bankruptcy estate.

_____
HONORABLE BANKRUPTCY JUDGE
JAMES S. STARZYNSKI

Entered on Docket Date: April 1, 2010

Respectfully Submitted,

*Via email 4.01.10*
R. "Trey" Arvizu, III
Attorney for Debtors
P.O. Box 1479
Las Cruces, NM 88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Approved:

*Via email 4.01.10*
Philip J. Montoya
Chapter 7 Trustee
P.O. Box 159
Albuquerque, NM 87103-0159
(505)244-1152