UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
DAVID ROBERT GORDON and
MICHELLE M. GORDON,
    Debtor(s),                                               No. 09-13228-J7

## REPORT TO THE COURT OF UNCLAIMED FUNDS
## TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $2,406.63 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amount which they are entitled to be paid are listed here:

| Claimant: | Claim No.: | Amount: |
|---|---|---|
| Thomas & Laurie Gormley<br>c/o Atty George "Dave" Giddens<br>10400 Academy NE, Ste 350<br>Albuquerque, NM 87111 | 22 | $2,406.63 |

<u>Filed electronically</u>
Philip J. Montoya
Chapter 7 Trustee
3800 Osuna Rd NE, Ste #2
Albuquerque, NM 87109
Tel: (505) 244-1152
Fax: (505) 242-2836

I hereby certify that a true copy of the foregoing has been mailed to the U.S. Trustee's Office via electronic mail to <u>ustpregion20.aq.ecf@usdoj.gov</u> this 26th day of March, 2015.

<u>Filed electronically</u>
Philip J. Montoya